# THE LAW OFFICES OF SEAN M. MAHER, PLLC

November 18, 2021

**VIA ECF**

Application GRANTED. The Clerk of Court is directed to terminate Doc. # 33. SO ORDERED.

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

November 18, 2021

Re:   *United States v. Ambiorix Ventura Vargas,* 21 Cr. 452 (JMF)

Dear Judge Furman:

    On behalf of the defendant Ambiorix Vargas, I respectfully write to request that the Court direct the Pretrial Services Office to return Mr. Vargas' passport back to him.

    I have conferred with the government concerning this request. AUSA Marguerite Colson has informed me that the government in turn has conferred with the Pretrial Services Office and that the government does not object to Mr. Vargas' passport being returned back to him.

Respectfully submitted,

_____/S/_____
Sean M. Maher

cc:   All counsel via ECF

2796 SEDGWICK AVENUE, SUITE C1, NEW YORK, NEW YORK 10468
(212) 661-5333 • (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM